**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

WILLIAM GARDNER,

Plaintiff,

v.

No. 1:26-cv-01328-DHU-SCY

UNITED STATES OF AMERICA; FEDERAL DRUG ENFORCEMENT AGENCY (DEA); KRISTEN TAMAYO, in her official and individual Capacities; NICOLAS ROMERO, in his official and individual capacities; JOHN DOES; DEPARTMENT OF JUSTICE (DOJ); BEN MINEGAR, in his official and individual capacities; STATE OF NEW MEXICO, Office of the Superintendent of Insurance; ALICE KANE, in her official and individual capacities; MICHAEL FRICKE, in his official and individual capacities; NEW MEXICO DEPARTMENT OF JUSTICE; and LORI CHAVEZ, in her official and individual capacities,

Defendants.

**ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDATION**

This matter is before the Court on Magistrate Judge Steven C. Yarbrough's September 14, 2026 Proposed Findings And Recommended Disposition ("PFRD"). Doc. 109. In that PFRD, Judge Yarbrough recommends that the Court: (1) grant the motion to set aside clerk's entry of default (Doc. 59) and set aside the entry of default against Defendant Lori Chavez (Doc. 43); (2) deny as moot Defendant Chavez' motion to dismiss for lack of personal jurisdiction (Doc. 59); and (3) deny Plaintiff's motion for clarification (Doc. 102). *Id.* at 9-10. Judge Yarbrough notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD. *Id.* at 10. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057,

1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Yarbrough's findings and recommendation.

**IT IS THEREFORE ORDERED THAT**:

1. The Court ADOPTS Judge Yarbrough's Proposed Findings and Recommended Disposition (Doc. 109);
2. The Court GRANTS IN PART AND DENIES IN PART the Motion to Set Aside Clerk's Entry of Default as to Lori Chavez and Motion to Dismiss Under Fed. R. Civ. P. 12(b)(2) for Lack of Personal Jurisdiction (Doc. 59) as follows:
    a. The entry of default as to Defendant Chavez (Doc. 43) is SET ASIDE.
    b. The motion to dismiss for lack of personal jurisdiction is DENIED AS MOOT.
    c. Within 21 days of the entry of this Order, Defendant Chavez shall file an answer, new Rule 12 motion, or other responsive pleading.
3. The Court DENIES Plaintiff's Motion for Clarification (Doc. 102).

**IT IS SO ORDERED**.

UNITED STATES DISTRICT JUDGE